FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Apr 23, 2020
JAMES W. McCORMACK, CLERK
By: Jake Kornegay D.C.
DEP CLERK

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: ROUNDUP PRODUCTS LIABILITY
LITIGATION

MDL No. 2741

(SEE ATTACHED SCHEDULE)       4:20-cv-00378 DPM

**CONDITIONAL TRANSFER ORDER (CTO −203)**

On October 3, 2016, the Panel transferred 19 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 214 F.Supp.3d 1346 (J.P.M.L. 2016). Since that time, 2,687 additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Vince Chhabria.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Chhabria.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 3, 2016, and, with the consent of that court, assigned to the Honorable Vince Chhabria.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 21, 2020

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
SUSAN Y. SOONG
Clerk, U.S. District Court
Northern District of California
by:
Deputy Clerk
Date: April 23, 2020

IN RE: ROUNDUP PRODUCTS LIABILITY LITIGATION   MDL No. 2741

### SCHEDULE CTO−203 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ARIZONA | | | |
| AZ | 2 | 20−00688 | Lewenstein v. Monsanto Company et al |
| ARKANSAS EASTERN | | | |
| ARE | 4 | 20−00378 | Rogers v. Monsanto Company |
| GEORGIA SOUTHERN | | | |
| GAS | 6 | 20−00037 | Yarbough v. Monsanto Company |
| LOUISIANA EASTERN | | | |
| LAE | 2 | 20−01114 | Lastra et al v. Monsanto Company |
| LAE | 2 | 20−01140 | Carlton, et al v. Monsanto Company |
| NEW JERSEY | | | |
| NJ | 3 | 20−03558 | OEHLMANN v. MONSANTO COMPANY et al |
| NORTH CAROLINA EASTERN | | | |
| NCE | 2 | 20−00019 | Long v. Monsanto Company |
| OHIO NORTHERN | | | |
| OHN | 3 | 20−00683 | Canzoni et al v. Monsanto Company |
| OHN | 3 | 20−00716 | Augsburger et al v. Monsanto Company |
| OHN | 3 | 20−00717 | Phillips et al v. Monsanto Company |
| OHIO SOUTHERN | | | |
| OHS | 1 | 20−00167 | Mahedy v. Monsanto Company |